In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-231 CR


____________________



ERNEST JUAN GARCIA, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 82320






MEMORANDUM OPINION


 Ernest Juan Garcia was indicted for possession of a controlled substance. See Tex.
Health & Safety Code Ann. § 481.115 (Vernon 2003). Pursuant to a plea bargain,
Garcia was placed on unadjudicated community supervision for a term of five years. On
March 16, 2004, the State filed a motion to adjudicate. A hearing was held and Garcia
pleaded true to three allegations that he violated the terms of his community supervision. 
The trial court found appellant guilty and sentenced him to five years' confinement in the
Texas Department of Criminal Justice, Institutional Division. 

 Appellate counsel filed a brief that concludes no arguable error is presented in this
appeal. See Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),
and High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978). On November 18, 2004, we
granted Garcia an extension of time in which to file a pro se brief. We received no
response from appellant.

 The notice of appeal filed by Garcia failed to invoke our appellate jurisdiction to
review issues relating to his conviction. White v. State, 61 S.W.3d 424, 428-29 (Tex.
Crim. App. 2001). Although a general notice of appeal invokes our jurisdiction to
consider issues relating to the process by which Garcia was punished, he preserved no
error relating to punishment and the record does not support a claim of ineffective
assistance of counsel during the punishment phase of the trial. See Vidaurri v. State, 49
S.W.3d 880, 883-85 (Tex. Crim. App. 2001).

 We have reviewed the clerk's record and the reporter's record, and find no arguable
error requiring us to order appointment of new counsel. Compare Stafford v. State, 813
S.W.2d 503, 511 (Tex. Crim. App. 1991). The judgment is AFFIRMED.



 ________________________________

 CHARLES KREGER

 Justice


Submitted on March 22, 2005

Opinion Delivered April 13, 2005

Do not publish


Before McKeithen, C.J., Gaultney, and Kreger, JJ.